UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re | ) | Case No. 19-14419 – JEB |
| | ) | |
| Lawrence Hiltz | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | |

## MOTION FOR
## VOLUNTARY DISMISSAL

Now comes the Debtor, Lawrence Hiltz, by and through his attorney, Richard D. Smeloff, Esq. and pursuant to 11 U.S.C. Section 1307, hereby moves to dismiss the above captioned Chapter 13 bankruptcy case.

In support hereof, Debtor has secured alternative financing options and therefore requests that his case be dismissed.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Lawrence Hiltz |
|  | by his attorney, |
| Dated: January 28, 2020 | */s/ Richard D. Smeloff* |
|  | Richard D. Smeloff |
|  | Smeloff & Associates |
|  | 500 Granite Ave |
|  | 3rd Floor |
|  | Milton MA 02186 |
|  | (617) 690-2124 |
|  | BBO# 567869 |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re ) | | Case No. 19-14419 – JEB |
| ) | | |
| Lawrence Hiltz ) | | Chapter 13 |
| ) | | |
| ) | | |
| Debtor, ) | | |
| ) | | |

# Certificate of Service

I, Richard D. Smeloff, Esq., hereby certify that I have served a copy of the within motion of voluntary dismissal to the distribution service list below by first class mail, postage prepaid, or by electronic notice.

Dated: January 28, 2020

*/s/ Richard D. Smeloff, Esq.*


**Attorney Bruce Gilmore**
**99 Willow Street**
**Yarmouth Port, MA 02675**

**Bank of America**
**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**

**Barclays Bank Delaware**
**Attn: Correspondence**
**Po Box 8801**
**Wilmington, DE 19899**

**Chase Card Services**
**Attn: Bankruptcy**
**Po Box 15298**
**Wilmington, DE 19850**

**Chkg/comcast**
**Po Box 4500**
**Allen, TX 75013**

**Chkg/eversource**
**Po Box 4500**
**Allen, TX 75013**

**Chkg/verizon**
**Po Box 4500**
**Allen, TX 75013**

**Citibank**
**Attn: Recovery/Centralized Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**

**Citibank North America**
**Citibank SD MC 425**
**5800 South Corp Place**
**Sioux Falls, SD 57108**

**Citibank/Shell Oil**
**Attn: Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**

**Citibank/The Home Depot**
**Attn: Recovery/Centralized Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**

**CREDIT FIRST NA**
**PO BOX 818011**
**CLEVELAND, OH 44181**

**Credit First National Association**
**Attn: Bankruptcy**
**Po Box 81315**
**Cleveland, OH 44181**

**Deptartment Store National Bank/Macy's**
**Attn: Bankruptcy**
**9111 Duke Boulevard**
**Mason, OH 45040**

**First National Bank**
**Attn: Bankruptcy**
**1620 Dodge St Mailstop 4440**
**Omaha, NE 68197**

**First National Bank of Omaha**
**1620 Dodge Street Stop Code 3129**
**OMAHA, NE 68197**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101**

**Servicemaster**
**9 Ford Place**
**Scituate, MA 02066**

**Syncb/PPC**
**Attn: Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

**Syncb/Walmart**
**P.O Box 103104**
**Roswell, GA 30076**

**Synchrony Bank/Amazon**
**Attn:  Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/Care Credit**
**Attn:  Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**

**Synchrony Bank/Lowes**
**Attn:  Bankruptcy**
**Po Box 965060**
**Orlando, FL 32896**

**Synchrony Bank**
**c/o PRA Receivables Management, LLC**
**PO Box 41021**
**Norfolk, VA 23541**

**US Bank/RMS CC**
**Attn: Bankruptcy**
**Po Box 5229**
**Cincinnati, OH 45201**

**USAA Federal Savings Bank**
**Attn: Bankruptcy**
**10750 Mcdermott Freeway**
**San Antonio,, TX 78288**

**Webster First Federal Credit Union**
**271 Greenwood St**
**PO Box 70505**
**Worcester, MA 01607**

**Webster First Fed Cred**
**271 Greenwood St**
**Worcester, MA 01607**