Granted. Pursuant to 11 U.S.C. § 1307(b), this case is hereby dismissed.

Dated: 2/5/2020

/s/ James F. Bostwick

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re | ) | Case No. 19-14419 – JEB |
|---|---|---|
| | ) | |
| Lawrence Hiltz | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | |

## MOTION FOR
## VOLUNTARY DISMISSAL

Now comes the Debtor, Lawrence Hiltz, by and through his attorney, Richard D. Smeloff, Esq. and pursuant to 11 U.S.C. Section 1307, hereby moves to dismiss the above captioned Chapter 13 bankruptcy case.

In support hereof, Debtor has secured alternative financing options and therefore requests that his case be dismissed.

Respectfully submitted,
Lawrence Hiltz
by his attorney,

Dated: January 28, 2020

*/s/ Richard D. Smeloff*
Richard D. Smeloff
Smeloff & Associates
500 Granite Ave
3rd Floor
Milton MA 02186
(617) 690-2124
BBO# 567869